Michael Greco and Agnes W. Evans, Plaintiffs, v. Rose Becker and Others, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of James C. Danzilo, an Attorney.— Motion denied, and proceedings dismissed. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Richmond Assets Collecting Company, Appellant, v. Dellora R. Gates, as Executrix, etc., Respondent, Impleaded with Others.— Motion for stay granted, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Kelsey, Smith & Company, Respondent, v. William H. Douglas and Others, Respondents. Dinkel & Jewell Company, Appellant.— Motion denied in all respects, without costs. Leave to appeal to the Court of Appeals is unnecessary. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

Charles D. Allen, Respondent, v. Whitney-Steen Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Lancelot M. Berkeley, Appellant, v. David R. Friedman, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Nicholas I. Clarkin, Respondent, v. The City of New York, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Beatrice H. De Hunt, Appellant, v. Meyer Swirson, Respondent.— Order reversed, with ten dollars costs and disbursements to the appellant, on the ground that the terms imposed are inadequate, and motion to open default granted on condition that within ten days after entry of the order on this decision defendant pay twenty-five dollars costs and six dollars and eight cents disbursements. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.